**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIAM MAYFIELD**                                                                    **PLAINTIFF**
**ADC #659228**

**v.**                                    **No. 4:23-CV-01081-LPR**

**RODNEY WRIGHT, et al.**                                                        **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 13) and the Plaintiff's Objections (Doc. 16). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court concludes that the RD correctly recommends dismissal without prejudice.[1]  The RD's discussion of any potential Fourteenth Amendment due process claim is correct, and the Court adopts it. The Court does not believe Plaintiff was trying to state or actually stated a Fifth Amendment takings claim, so the Court will not comment on that portion of the RD. Further, the Court notes that, subsequent to the issuance of the RD, Plaintiff clarified that none of his money had been stolen and his Complaint was really focused on the Defendants' alleged falsification of certain documents related to his requested IFP status in various cases. The short story is that none of the alleged falsification conduct states a viable cause of action under federal law. Neither does any other conduct referenced in the Complaint or proposed Amended Complaint.

Accordingly, IT IS THEREFORE ORDERED that:

1.      Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

---

[1] The Court has also considered Plaintiff's Motion to Amend Complaint (Doc. 22), but nothing in it cures the deficiencies of the original Complaint. The Motion is therefore denied.

2.      Plaintiff's Motions for Order (Docs. 14, 21, & 22) and Motion for Leave to Proceed IFP (Doc. 19) are DENIED as moot based on the dismissal of Plaintiff's Complaint.

3.      As for Plaintiff's Motions for Copies (Docs. 15 & 22), the Clerk is instructed to send Plaintiff a copy of the Clerk's fee schedule and a copy of the docket sheet along with a copy of this Order.  All other relief sought by the Motions is DENIED.

4.      Plaintiff's Motion to Amend Complaint (Doc. 22) is DENIED.

The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE