IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                                           **PLAINTIFF**
**ADC #659228**

v.                                           No. 4:23-CV-01081-LPR

**RODNEY WRIGHT, et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE